PATRICK J. WHALEN, ESQUIRE
109 S. Warren Street
Trenton, New Jersey 08608
Phone: (609) 393-6970
Fax: (609) 393-6971
patrick@pwhalenlaw.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTI WILLIAMS, *Administrator Ad Prosequendum*, individually and on behalf of the ESTATE OF ALFRED C. TOE; and CONSTANTINE TOE,<br><br>Plaintiffs,<br><br>vs.<br><br>TRENTON POLICE OFFICER SHEEHAN MILES; TRENTON POLICE DEPARTMENT; TRENTON POLICE DIRECTOR ERNEST PARREY; THE CITY OF TRENTON; JOHN and JANE DOES (1-20); and XYZ CORPS. #1-10,<br>Defendant(s) | CASE NO: 3:18-cv-12973<br><br>Civil Action<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned Counsel for Plaintiffs and for Defendant Sheehan Miles, that Plaintiffs' Complaint is dismissed in its entirety with respect to their claims against Defendant SHEEHAN MILES, in accordance with the terms set forth in a Settlement Agreement and Release.

PATRICK J. WHALEN, ESQUIRE
Attorney at Law
109 S. Warren Street
Trenton, NJ 08608

*Attorney for Plaintiffs*

Date: 10/10/2024

J. BROOKS DIDONATO, ESQUIRE
Parker McCay, P.C.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey 08054

*Attorney for Defendant Sheehan Miles*

Date: 10/10/24

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 10/11/24